THE STATE OF OHIO, APPELLANT AND CROSS-APPELLEE, *v.* COHEN, APPELLEE AND CROSS-APPELLANT.

[Cite as State *v.* Cohen (1989), 46 Ohio St. 3d 602.]

(No. 88-1088—Submitted September 13, 1989—Decided October 18, 1989.)

*Steven C. LaTourette,* prosecuting attorney, and *Judson J. Hawkins,* for appellant and cross-appellee.

*Nelson, Sweet & Hurley, John S. Nelson, John J. Hurley, Jr., Cicconetti, Demeter & Farrell* and *James K. Farrell, Jr.,* for appellee and cross-appellant.

This appeal is dismissed, *sua sponte,* as having been improvidently allowed.

SWEENEY, HOLMES, DOUGLAS and RESNICK, JJ., concur.

MOYER, C.J., WRIGHT and H. BROWN, JJ., dissent, and would affirm.

PARSONS, APPELLANT, *v.* DENNY'S RESTAURANTS, APPELLEE.

[Cite as Parsons *v.* Denny's Restaurants (1989), 46 Ohio St. 3d 602.]

(No. 89-228—Submitted September 20, 1989—Decided October 18, 1989.)

*Inscore, Rinehardt, Whitney & Enderle* and *Larry L. Inscore,* for appellant.

*Vorys, Sater, Seymour & Pease* and *Chris J. North,* for appellee.

*John S. Marshall, Spater, Gittes & Terzean, Frederick M. Gittes, Law Offices of Andrew J. Rujicho* and *Louis A. Jacobs,* urging reversal for *amicus curiae,* Plaintiff Employment Lawyers Assn.

*Sua sponte,* this cause is dismissed as having been improvidently allowed.

MOYER, C.J., SWEENEY, DOUGLAS, H. BROWN and RESNICK, JJ., concur.

HOLMES and WRIGHT, JJ., dissent, and would affirm.